# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : No. 857
:
APPOINTMENT TO ORPHANS' COURT : SUPREME COURT RULES DOCKET
PROCEDURAL RULES COMMITTEE :

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of November, 2020, Latisha Bernard Schuenemann, Esquire, Berks County, is hereby appointed as a member of the Orphans' Court Procedural Rules Committee for a term of three years, commencing January 1, 2021.